**FILED**

MAY 0 4 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM R. TAMAYO, State Bar No. 084965 (CA)
JONATHAN T. PECK, State Bar No. 12303 (VA)
SANYA P. HILL MAXION, State Bar No. 18739 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Tel: 415.625.5650
Fax: 415.625.5657
Sanya.Hill@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ROBERT FRIED- SBN No. 085579 (CA)
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
The Atrium, Suite 200
5776 Stoneridge Mall Road
Pleasanton, CA 94588
Telephone No. (925) 227-9200
Facsimile:
E-mail: RFried@aalrr.com

Attorneys for Defendant
AKEENA SOLAR

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AKEENA SOLAR, INC.<br><br>Defendant. | CASE NO. 08-4527-PVT<br>STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SETTLEMENT CONFERENCE |

Plaintiff Equal Employment Opportunity Commission, through its attorney of record, Sanya P. Hill Maxion, and Defendant Akeena Solar, Inc., through its attorney of record Robert Fried, present the following stipulation to the Court for approval and issuance of an Order continuing the Settlement Conference in this matter to July 14, 2009 at 10:00 a.m.:

## STIPULATION

It is hereby stipulated by and between the above referenced parties that the Settlement Conference before U.S. Magistrate Maria Elena James, currently set for May 27, 2009 at 10:00 a.m. in the above entitled case be continued until July 14, 2009 at 10:00 a.m. because Plaintiff's counsel is unavailable to attend the Settlement Conference due to conflicting litigation matters.

Dated:   4/29/09

s/Sanya P. Hill Maxion

Sanya P. Hill Maxion, Attorney for Plaintiff
Equal Employment Opportunity Commission

Dated:   4/29/09

s/ Robert Fried
Robert Fried
Defendant Akeena Solar, Inc.

## ORDER

GOOD CAUSE APPEARING THEREFOR, the Court hereby orders that the Settlement Conference Conference in this matter be continued to July 14, 2009 at 10:00 a.m.

Dated: MAY 04 2009

By:   /s/ Maria Elena James

U.S. MAGISTRATE JUDGE